# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| VINCENT C. MCGEE, | : | No. 147 MM 2015 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JOHN E. WETZEL, SECRETARY OF | : | |
| CORRECTIONS; STACY P. MILLER, | : | |
| ESQ.;  CENTRE COUNTY DISTRICT | : | |
| ATTORNEY'S OFFICE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of November, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.